UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE ALCY,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTHWELL HEALTH, INC. and MARYANNE PORTORO,<br><br>*Defendants*. | No. 23-CV-88 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the final pretrial conference held on November 19, 2026, the Court's rulings on the Parties' Motions in Limine are as follows:

Plaintiff's motion to exclude Defendants' Exhibit 238 (Bates Nos. 014721–26) is GRANTED.

Plaintiff's motion for an adverse inference instruction or other curative measure for the loss of video evidence is GRANTED IN PART AND DENIED IN PART. The Court will not instruct the jury on how to weigh the referenced video evidence. However, evidence pertaining to the video's creation, preservation, loss, and relevance is admissible and Plaintiff is free to argue that the jury may draw an adverse interest from the loss of the video.

Defendants' request to preclude Plaintiff from proposing a specific amount for non-economic damages to the jury is DENIED. The Court reserves its discretion to rule on the admissibility of specific non-economic damages amounts during trial.

The Clerk of Court is respectfully directed to terminate the pending motions at Dkt. Nos. 66 and 70.

SO ORDERED.

DATED: November 19, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE